No. 1312, Misc. IN RE DISBARMENT OF RHODES. C. A. 8th Cir. Certiorari denied. 

No. 1316, Misc. JUNG v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. 

No. 1321, Misc. WARRINER v. DOUG TOWER, INC., ET AL. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se.* *Ira C. Haycock* for respondents Jaensch et al.

No. 1330, Misc. MILLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 1331, Misc. FARMER v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1593, Misc. MITCHELL v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied. *Evander Cade Smith* and *Doris Brin Walker* for petitioner.

No. 1581, Misc. MITCHELL v. CALIFORNIA. Sup. Ct. Cal. Application for stay of execution presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. Certiorari denied.

No. 235. KILGARLIN ET AL. v. HILL, SECRETARY OF STATE OF TEXAS, ET AL., *ante,* p. 120;

No. 791. WALLERSTEIN ET AL. v. FEDERAL COMMUNICATIONS COMMISSION, *ante,* p. 908; and

No. 933. CHINA UNION LINES, LTD. v. A. O. ANDERSEN & Co. ET AL., *ante,* p. 933. Petitions for rehearing denied.